IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

DARLENE COUNTERMAN                                          PLAINTIFF

        v.                  Civil No. 05-3052

JO ANNE B. BARNHART, Commissioner
Social Security Administration                              DEFENDANT

## **JUDGMENT**

Comes now the Court on this 13th day of September, 2006, in accordance with the Memorandum Opinion filed in the above styled case on today's date, and hereby considers, orders and adjudges that the decision of the Commissioner of Social Security is affirmed and plaintiff's complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

                                               **/s/ Beverly Stites Jones**

                                            HON. BEVERLY STITES JONES
                                            UNITED STATES MAGISTRATE JUDGE